```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**OCEAN-OIL EXPERT WITNESS, INC.**                     **CIVIL ACTION**

**VERSUS**                                             **NO. 07-3129**

**ASHTON O'DWYER**                                     **SECTION: "B"(1)**

## ORDER AND REASONS

Considering defendant's response (Record Document No. 58) to the ordered punishment for direct contempt of Court (Record Document No. 55), IT IS ORDERED that defendant's answer and defenses to the complaint filed in the captioned matter are hereby stricken.

Defendant continues in his response to express direct contempt of the Court by re-asserting his profanity. Sadly, defendant has again shown an inability to grasp the difference between professional and unprofessional behavior, advocacy and contempt. His profound discourtesies and blatant intentional disrespect and disregard of court orders have placed him, by his own actions, in jeopardy.

For the same reasons given in the contempt order (Record Document No. 55), supplemented now by defendant's express refusal to obey that order, despite notice that this action would follow

for non-compliance, defendant's answers and defenses to the lawsuit filed against him are stricken.  **Plaintiff may thereby seek entry of default judgment against defendant.**

New Orleans, Louisiana, this 4th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE